IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Cathie Cooler Boulware, | ) | Civil Action No. 4:13-cv-3597-RBH |
| | ) | |
| Plaintiff. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Carolyn W. Colvin, Acting Commissioner of Social Security Administration, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, by her attorneys, William N. Nettles, United States Attorney for the District of South Carolina, and Barbara M. Bowens, Assistant United States Attorney, has moved this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the cause to the Commissioner for further administrative proceedings.

On order of the Court, this case will be remanded to the Appeals Council. On remand, the Appeals Council will direct the Administrative Law Judge to give further consideration to the State agency psychologists' opinions (Exhibits 14F and 19F) and, in so doing, explain the weight given to these opinions (SSR 96-6p); re-evaluate the Plaintiff's maximum residual functional capacity, considering all of the evidence and opinions in the record; re-evaluate the Plaintiff's past relevant work at Step 4 and obtain vocational evidence as to whether the Plaintiff can return to her past work or if there is other work in the national economy the Plaintiff can perform.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby

1

**REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a **REMAND** of the cause to the Commissioner for further administrative proceedings as set out above.[1]  *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

**AND IT IS SO ORDERED.**

                                          s/R. Bryan Harwell  
                                          R. Bryan Harwell  
                                          United States District Judge

July 30, 2014

Florence, South Carolina.

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.