IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Cathie Cooler Boulware, | ) | C/A No.: 4:13-3597-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Carolyn W. Colvin, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On August 13, 2014, the plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 42 U.S.C. § 2412, on the basis that the position taken by the defendant in this action was not substantially justified. Defendant filed a response on August 28, 2014, in which she states that she does not object to Plaintiff's motion. The Commissioner further indicates that fees awarded should be paid to the party and not the attorney and would be subject to the Treasury Offset Program if the party owes a debt to the government at the time EAJA fees are awarded.

Based on the foregoing and after considering the briefs and materials submitted by the parties, the court orders the defendant to pay the sum of $5025.50 in attorney's fees and $16.00 in expenses pursuant to EAJA. However, the payment shall be made payable to the claimant pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010) and mailed to her attorney, with a copy to the claimant. The Court further awards the plaintiff costs in the amount of $7.00, to be paid from the Judgment Fund by the Department of the Treasury.

**IT IS SO ORDERED**.

                                         s/ R. Bryan Harwell
                                        R. Bryan Harwell
                                        United States District Judge

September 2, 2014
Florence, South Carolina